### FRANK DE LEONARDIS *v.* SUBWAY SANDWICH SHOPS, INC., ET AL.

The petition of the defendant Doctor's Associates, Inc., for certification for appeal from the Appellate Court, 35 Conn. App. 353 (AC 12736), is denied.

*Edward Wood Dunham* and *Kevin M. Kennedy,* in support of the petition.

*B. T. Canty* and *Anastasios T. Savvaides,* in opposition.

Decided September 20, 1994

### STATE OF CONNECTICUT *v.* DOMINGO PAREDES

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 360 (AC 12346), is denied.

*David A. Leff,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 20, 1994

### M AND L BUILDING CORPORATION *v.* HOUSING AUTHORITY OF THE TOWN OF ENFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 379 (AC 12448), is denied.

*James W. Abrams,* in support of the petition.

*Thomas G. Librizzi,* in opposition.

Decided September 20, 1994